| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| PETER C. ANDERSON, UNITED STATES TRUSTEE<br>JILL M. STURTEVANT, ASSISTANT UNITED STATES TRUSTEE<br>QUEENIE K. NG (State Bar No. 223803)<br>TRIAL ATTORNEY<br>OFFICE OF THE UNITED STATES TRUSTEE<br>725 S. Figueroa Street, Suite 2600, Los Angeles, CA 90017<br>Phone: (213) 894-4356 Fax (213) 894-2603 queenie.k.ng@usdoj.gov<br><br>Attorney for UNITED STATES TRUSTEE | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: THOMAS EDWARD FOX AND MARIE JANE FOX

CHAPTER 13

CASE NUMBER 2:10-bk-52411 AA

HEARING DATE: 1/13/2011

Debtor.

## NOTICE OF OBJECTION TO CLAIM

1. TO *(specify claimant and claimant's counsel, if any)*:
   CitiMortgage, Inc.

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim # 2 ) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 11/22/10

OFFICE OF UNITED STATES TRSUTEE
*Law Firm Name*
By: *[signature]*

Date Notice Mailed: 11/23/10

Name: QUEENIE K. NG
*Attorney for Objector*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3007-1.3

Notice of Objection to Claim - *Page 2*    **F 3007-1.3**

| In re THOMAS EDWARD FOX AND MARIE JANE FOX | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-52411 AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
725 S. Figueroa Street, Suite 2600, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as Notice of Objection to Claim _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
n/a

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/23/10 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
SEE ATTACHED

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/23/10 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
See Attached

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/23/10 | Deloris Owens | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                         **F 3007-1.3**

Notice of Objection to Claim - *Page 3*     **F 3007-1.3**

| In re Thomas Edward Fox and Marie Jane Fox | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER 2:10-bk-52411 AA |

**ADDITIONAL SERVICE INFORMATION (if needed):**

II. SERVED BY U.S. MAIL

DEBTORS
Marie Jane Fox
Thomas Edward Fox
5355 Ocana Ave
Lakewood, CA 90713

DEBTORS' ATTORNEY
Todd B Becker
Law Offices of Todd B Becker
3750 E Anaheim St Ste100
Long Beach, CA 90804

CHAPTER 13 TRUSTEE
Kathy A Dockery
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

CLAIMANT
CitiMortgage Inc.
P.O. Box 6941
The Lakes, NV 88901-6941

CitiMortgage, Inc.
P.O. Box 14609
Irving, TX 75019-0609

III. SERVED BY PERSONAL DELIVERY

Chambers of the Hon. Alan Ahart
Courtroom 1375
255 E. Temple Street
Los Angeles, CA 90012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                   **F 3007-1.3**